**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **3M COMPANY** | : | |
| | : | |
| **Plaintiffs,** | : | **Civil Action No. 09-1245(FSH)** |
| **v.** | : | |
| | : | |
| **ASAD AHMED, et al.** | : | **ORDER** |
| | : | |
| | : | |
| **Defendants.** | : | |

This matter having come before the Court on the motion of Olshan Grundman Frome

Rosenzweig & Wolosky LLP, ["the movant"], attorneys for plaintiff, for the pro hac vice

admission of Martin J. Feinberg, Esq.,  ["counsel"] pursuant to Local Civ. R. 101.1[1];

and the defendants having not yet entered an appearance;

and it appearing therefore that motion practice at this time is premature;

and for good cause shown,

IT IS ON THIS 30th day of March, 2009

ORDERED that the motion for the pro hac vice admission of counsel

[Docket Entry No. 5] is denied without prejudice.


s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Movant is reminded that both Movant and Counsel are required to submit certifications
acknowledging their respective obligations under Local Civil Rule 101.1.